HON. TANA LIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **MELLACONIC IP LLC,**<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**RIPPLING PAYMENTS, INC.,**<br><br>　　　　Defendant. | CASE NO. 2:22-CV-01524-TL<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO ANSWER**<br><br>**JURY TRIAL DEMANDED** |

Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED that Defendant shall have an additional thirty (30) days, up to and including January 5, 2023, in which to respond to Plaintiff's Complaint in the above-captioned matter.

Dated this <u>28th</u> day of November, 2022.

　　　　　　　　　　　　　　　　　　　　　　／s／ Tana Lin
　　　　　　　　　　　　　　　　　　　　　Tana Lin
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Stipulated Extension (Proposed Order)
2:22-cv-1524-TL- 1

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA 98110
Phone: 206-436-0900

Presented by:

**MANN LAW GROUP PLLC**

Attorneys for Plaintiffs

By:

*/Philip P. Mann*

Philip P. Mann, WSBA # 28860
Mann Law Group PLLC
403 Madison Ave., N. Ste. 240
Bainbridge Island, WA 98110
(206) 436-0900
phil@mannlawgroup.com

Stipulated Extension (~~Proposed~~ Order)
2:22-cv-1524-TL- 2